# Court of Appeals
# of the State of Georgia

ATLANTA, __October 12, 2021__ October 12, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1573. BLUE RIVER DEVELOPMENT ACQUISITIONS, LLC v. MARK HARRISON et al.

Upon consideration of the APPELLANT'S motion FOR PERMISSION TO WITHDRAW THE APPEAL in the above-styled case, it is ordered that the motion be hereby GRANTED, and jurisdiction is released back to the trial court upon receipt of this order.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __10/12/2021__

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*